# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

SARA ROREBECK,

     Plaintiff,

     v.

FRANCISCAN HEALTH SYSTEM, et al.

     Defendants.

CASE NUMBER:  C18-5423RBL

JUDGMENT IN A CIVIL CASE

____ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     THE COURT HAS ORDERED the Motion to Dismiss the Defamation Claim [50] and Plainitff's Motion to Amend her complaint to assert the revised, futile version [51] is DENIED. This case is DISMISSED, without leave to amend.

     June 17, 2019

WILLIAM M. McCOOL
CLERK

_____
Deputy Clerk